UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

JUAN SERRANO-GONZALEZ,          :
                                :
        Petitioner,             :        Civ. No. 14-2193 (RBK)
                                :
    v.                          :        **MEMORANDUM AND ORDER**
                                :
J.T. SHARTLE,                   :
                                :
        Respondent.             :
_____:

      Petitioner is a federal prisoner who is now presently incarcerated at USP Big Sandy in Inez, Kentucky, but was incarcerated at F.C.I. Fairton in Fairton, New Jersey when he originally filed this action. Petitioner is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner asserts that he is entitled to additional jail time credits.

      On April 11, 2014, the Court administratively terminated this case as petitioner had neither paid the $5.00 filing fee nor submitted an application to proceed *in forma pauperis*. Petitioner was given thirty days in which to correct this deficiency.

      On October 23, 2014, the Court received petitioner's request to reinstate his habeas petition. In light of this filing, the Clerk will be ordered to reopen this case. Petitioner states that he was transferred during May, 2014, and therefore was unable to comply with the April 11, 2014 Order. He requests additional time in which to rectify the fact that he has not filed an application to proceed *in forma pauperis*.

      The Court will grant petitioner's request. Petitioner shall have thirty days from the date of this Order in which to either pay the $5.00 filing fee or submit a complete application to proceed *in forma pauperis*. The Court will order the Clerk to re-administratively terminate this case for statistical purposes only. If petitioner pays the $5.00 filing fee or submits a complete

application to proceed *in forma pauperis* within the time allotted, the matter will then be reopened.

Accordingly, IT IS on this **29th** day of **October**, 2014,

ORDERED that the Clerk shall reopen this case; and it is further

ORDERED that petitioner's request for additional time to submit is application to proceed *in forma pauperis* (Dkt. No. 4.) is granted; and it is further

ORDERED that petitioner may pay the $5.00 filing fee or submit a complete application to proceed *in forma pauperis* within thirty (30) days of the date of this Order; and it is further

ORDERED that the Clerk shall serve this Order and a blank copy of an application to proceed *in forma pauperis* by a prisoner in a habeas corpus case on petitioner by regular U.S. Mail; and it is further

ORDERED that the Clerk shall re-administratively terminate this case for statistical purposes only.

        s/Robert B. Kugler
        ROBERT B. KUGLER
        United States District Judge